**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Phil Bernard LEWIS, Defendant–**
**Appellant**

**No. 15–41398**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/21/2016

Paul Anderson Hable, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Lufkin, TX, for Plaintiff–Appellee.

Phil Bernard Lewis, Forrest City, AR, Pro Se.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The Federal Public Defender appointed to represent Phil Lewis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lewis has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lewis's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.